IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 15 C 0081 |
| HUBER, INC., LLC, an Ohio limited liability company, | ) ) ) ) | JUDGE MANISH S. SHAH |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, HUBER, INC., LLC, an Ohio limited liability company, in the total amount of $2,067.22, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,743.00.

On January 20, 2015, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to her personally at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 10, 2015.

On February 10, 2015, Defendant filed a *pro se* Answer to Plaintiffs' Complaint. However, on April 1, 2015, this Court struck the Defendant's answer as Defendant cannot proceed *pro se*.

As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

g:\deb\forms\complain\midp-sma.com

# CERTIFICATE OF SERVICE

   The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>15th</u> day of <u>June 2015</u>:

       Ms. Stephanie A. Huber, Registered Agent
       Huber, Inc., LLC
       1581 Goodman Avenue
       Cincinnati, OH 45224


            /s/ Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

g:\deb\forms\complain\midp-sma.com